UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL HANS W.,[1]<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KILILO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>　　　Defendant. | Case No. 1:22-cv-00265-AKB-DKG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　On August 21, 2019, Plaintiff Daniel Hans W. filed an application for Disability Insurance Benefits with the Social Security Administration. Plaintiff's application was denied. After exhausting his administrative remedies, Plaintiff sought the Court's review.

　　On May 9, 2023, United States Magistrate Judge Deborah K. Grasham issued a Report and Recommendation in this matter. (Dkt. 22). Pursuant to statute, Judge Grasham gave the parties fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1). None were filed.

　　Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Grasham's Report and Recommendation in its entirety and enters the following order consistent with the same.

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

**ORDER – PAGE 1**

**ORDER**

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation entered on May 9, 2023 (Dkt. 22), is **INCORPORATED** and **ADOPTED** in its entirety;

2. The decision of the Commissioner of Social Security be **REVERSED**;

3. This action is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation;

4. This Remand is to be considered a "sentence four remand," consistent with 42 U.S.C. § 405(g) and *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002); and

5. The Court will enter a separate judgment in favor of Plaintiff in accordance with Federal Rule of Civil Procedure 58.

DATED: June 20, 2023

Amanda K. Brailsford
U.S. District Court Judge